THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| KENNETH JEFFREYS, an individual, | ) ) ) |
| Plaintiff, | ) ) ) CASE NO.: 1:21-cv-00449 |
| vs. | ) ) |
| NORTHWEST CENTRE ACQUISITION LLC a North Carolina Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,                                   Respectfully Submitted,


 _/s/ Walter E. Daniels__                                 */s/ Ben J. Rafte*                      .
Walter E. Daniels, Esq.                                   Ben J. Rafte, Esq.
NC Bar No. 27219                                          NC Bar No. 54963
Daniels Law Firm, P.C.                                    ISAACSON SHERIDAN
14 South Pack Square, Suite 502                           804 Green Valley Road, Suite 200
Asheville, North Carolina 28801                           Greensboro, NC 27408
Tel: (828) 258-7022                                       Tel: (336) 275-7626
Fax: (888) 277-2412                                       Fax: (336) 273-7293
E-mail: danielslawfirm.p.c.@gmail.com                     ben@isaacsonsheridan.com

*Attorneys for Plaintiff*                                 *Attorney for Defendant*

Dated: November 16, 2021                                  Dated: November 16, 2021

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ben J. Rafte, Esq.
ISAACSON SHERIDAN
804 Green Valley Road, Suite 200
Greensboro, NC 27408

/s/ *Walter E. Daniels*
Walter E. Daniels, Esq.